**Opinion issued March 9, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00784-CV

———————————

## IN RE JAVIER MARTINEZ, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Javier Martinez, has filed a petition for writ of mandamus, requesting that this Court order the trial court to vacate its order reinstating a proceeding involving the modification of child support and enforcement of medical

support.[1]  We deny the petition[2] and lift the stay imposed by December 1, 2020

order.  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Javier Martinez v. Sylvia Yvette Martinez*, Cause No. 2015-75648, pending in the 246th District Court of Harris County, Texas, the Honorable Angela L. Graves-Harrington presiding.

[2] Relator's petition is deficient because it lacks an adequate appendix and a record. *See* TEX. R. APP. P. 52.3(k)(1) (requiring original proceedings to be filed with appendix that contains "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); TEX. R. APP. P. 52.7 (requiring record to include "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").  Relator's appendix does not contain any live pleadings.  Without the live pleadings, it is not possible to determine whether the trial court has continuing jurisdiction over this matter.  *See, e.g.*, TEX. FAM. CODE §§ 155.001–.003 (enumerating continuing jurisdiction of family courts in certain matters).